# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGSUK KIM, an individual, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BENIHANA, INC.; and DOES 1-100, inclusive<br><br>Defendant. | Case No.: 5:19-cv-02196-FMO-KKx<br><br>[Hon. Kenly Kiya Kato; Courtroom 3 or 4]<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Date Filed: September 26, 2019<br>Date Removed: November 13, 2019<br>Trial Date: None Set |

**[PROPOSED] ORDER**

Having reviewed and considered the parties' Stipulated Protective Order, dkt. 28, and good cause appearing for same, IT IS SO ORDERED.

Dated: April 2, 2020

_____
Hon. Kenly Kiya Kato
Magistrate Judge of the
United States District Court