**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGSUK KIM, an individual, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BENIHANA, INC., a Florida corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 5:19-cv-02196-JWH(KKx)<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING APPEAL [133]**<br><br>Dept.: Courtroom 2<br>Judge: Hon. John W. Holcomb<br>Complaint filed September 26, 2019<br>Date Removed: November 13, 2019<br>First Amended Complaint Filed: March 23, 2020<br>Trial Date: August 29, 2022 |

      Having reviewed the Parties' Stipulation to Stay Case Pending Appeal, and for good cause shown, the stipulation is hereby **GRANTED**. The Court hereby **ORDERS** as follows:

      1.    This action is hereby **STAYED** pending resolution of the appeal currently pending before the Ninth Circuit, Case No. 22-55529.

      2.    Within fourteen (14) days of the resolution of the interlocutory appeal, the Parties shall file a Joint Status Report advising the Court regarding the resolution of the appeal and their joint proposal for a case schedule.

      3.    The Clerk is **DIRECTED** to close this case administratively.

      **IT IS SO ORDERED.**

Dated: June 8, 2022

Hon. John W. Holcomb
Judge of the United States District Court