1  KENNETH H. YOON (State Bar No. 198443)
   kyoon@yoonlaw.com
2  STEPHANIE E. YASUDA (State Bar No. 265480)
   syasuda@yoonlaw.com
3  YOON LAW, APC
   751 N. Fair Oaks Ave., Ste. 102
4  Pasadena, California 91103
   Telephone: (213) 612-0988
5  Facsimile: (213) 947-1211

6  LIM LAW GROUP, P.C.
   Preston H. Lim (SBN 275249)
7  phl@limlawgroup.com
   3435 Wilshire Blvd., Suite 2350
8  Los Angeles, California 90010
   Telephone: (213) 900-3000
9  Facsimile: (213) 204-3000

10 LAW OFFICES OF JONG YUN KIM
   Jong Yun Kim (SBN 272176)
11 jongkimlaw@hotmail.com
   3600 Wilshire Blvd., Suite 2226
12 Los Angeles, California 90010
   Telephone: (213) 351-9400
13 Facsimile: (213) 736-6514

14 Attorneys for Plaintiff Youngsuk Kim

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| YOUNGSUK KIM, an individual, and on behalf of other members of the general public similarly situated; | Case No. 5:19-cv-02196-JWH(KKx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| BENIHANA, INC.; and DOES 1-100, inclusive | Date Filed: September 26, 2019<br>Date Removed: November 13, 2019<br>Trial Date: None Set |
| Defendant. | |

1

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**TO THE HONORABLE COURT:**

In advance of the Settlement Conference scheduled to take place on October 2, 2024, Plaintiff Youngsuk Kim ("Plaintiff") and Defendant Benihana, Inc. ("Defendant") hereby notify the Court that the referenced case has settled as of this date.

The parties are in the process of completing the paperwork necessary to finalize the settlement agreement and anticipate that the settlement will be completed within the next 14 days.

The parties request the Court maintain the Scheduling Conference current set for Friday, December 6, 2024 at 11:00 am for the parties to file a request for dismissal of this case or to report why the settlement has not been completed.

Dated: October 1, 2024            YOON LAW, APC


                                  /s/    Kenneth H. Yoon
                                  Kenneth H. Yoon
                                  Attorneys for Plaintiff Youngsuk Kim


Dated:  October 1, 2024           MINTZ LEVIN COHN FERRIS
                                  GLOVSKY AND POPEO PC

                                  By:    /s/ Arameh Z. O'Boyle
                                  DANIEL J. HERLING
                                  ARAMEH Z. O'BOYLE
                                  LEIGH E. COLIHAN
                                  Attorneys for Defendant Benihana, Inc.

**ATTESTATION REGARDING SIGNATURES**

I, Kenneth H. Yoon, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 1, 2024                                  */s/ Kenneth H. Yoon*