KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**YOON LAW, APC**
751 N. Fair Oaks Ave., Ste. 102
Pasadena, California 91103
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

**LIM LAW GROUP, P.C.**
Preston H. Lim (SBN 275249)
phl@limlawgroup.com
3435 Wilshire Blvd., Suite 2350
Los Angeles, California 90010
Telephone: (213) 900-3000
Facsimile: (213) 204-3000

**LAW OFFICES OF JONG YUN KIM**
Jong Yun Kim (SBN 272176)
jongkimlaw@hotmail.com
3600 Wilshire Blvd., Suite 2226
Los Angeles, California 90010
Telephone: (213) 351-9400
Facsimile: (213) 736-6514

Attorneys for Plaintiff Youngsuk Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGSUK KIM, an individual, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BENIHANA, INC.; and DOES 1-100, inclusive<br><br>Defendant. | Case No. 5:19-cv-02196-JWH(KKx)<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Date Filed: September 26, 2019<br>Date Removed: November 13, 2019<br>Trial Date: None Set |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Youngsuk Kim and Defendant Benihana, Inc. stipulate and agree to voluntarily dismiss with prejudice the entire action, with each party to bear its own costs and fees.

Dated: December 17, 2024            **YOON LAW, APC**

By:   */s/ Kenneth H. Yoon*
    KENNETH H. YOON
    STEPHANIE E. YASUDA
Attorneys for Plaintiff
YOUNGSUK KIM

Dated: December 17, 2024            **MITZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**

By:   /s/ Arameh O'Boyle
    DANIEL J. HERLING
    ARAMEH O'BOYLE
    LEIGH E. COLIHAN
Attorneys for Defendant,
BENIHANA, INC.

## ATTESTATION REGARDING SIGNATURES

I, Kenneth H. Yoon, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: December 17, 2024            */s/ Kenneth H. Yoon*